UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KENNETH W. MEDENBACH,<br><br>　　　　　　　　　　Defendant. | Case No. 1:15-CR-00407-MC<br><br>**INFORMATION**<br><br>**Count 1: Unlawful Camping**<br>43 C.F.R. § 8365.1-6; § 8360.0-7<br>FR Vol. 70 No. 159, 48586 (2005)<br>43 U.S.C. § 1733(a)<br><br>**Count 2: Unlawful Occupancy**<br>43 C.F.R. § 8365.1-6; § 8360.0-7<br>FR Vol. 70 No. 159, 48586 (2005)<br>43 U.S.C. § 1733(a) |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

### UNLAWFUL CAMPING

On or about May to November 2015, in the District of Oregon, defendant KENNETH W. MEDENBACH did unlawfully and knowingly camp at one site longer than 14 days on public lands of the U.S. Bureau of Land Management, in violation of 43 C.F.R. § 8365.1-6, Oregon Supplemental Rules, FR Vol. 70 No. 159, 48586 (2005), 43 C.F.R. § 8360.0-7, and 43 U.S.C. § 1733(a).

## COUNT 2

### UNLAWFUL OCCUPANCY

On or about May to November 2015, in the District of Oregon, defendant KENNETH W. MEDENBACH did unlawfully and knowingly occupy, take possession of, or otherwise use for residential purposes public lands of the U.S. Bureau of Land Management, in violation of 43 C.F.R. § 8365.1-6, Oregon Supplemental Rules, FR Vol. 70 No. 159, 48586 (2005), 43 C.F.R. § 8360.0-7, and 43 U.S.C. § 1733(a).

Dated this 13th day of November, 2015.

BILLY J. WILLIAMS
Acting United States Attorney

*/s/ Douglas W. Fong*
DOUGLAS W. FONG
Assistant United States Attorney