IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

KENNETH MEDENBACH,

       Defendant.

No. 1:15-cr-00407-MC

**ORDER**

**MCSHANE, J.**

       After trial, the jury found Defendant Kenneth Medenbach guilty of Unlawful Camping and with Unlawful Occupancy on public lands of the U.S. Bureau of Land Management (BLM). Defendant now moves to dismiss.  I deny the motion.

**DISCUSSION**

       Defendant contends that the phrase "other property" in Article IV, section 3, clause 2 of the U.S. Constitution refers only to houses, barns, fences, and similar structures, and does not allow the United States to own and administer land in Oregon.  Defendant argues that the Supreme Court wrongly decided otherwise in *United States v. Gratiot*, 39 U.S. (14 Pet.) 526, 537 (1840).

PAGE 1 - ORDER

Defendant has not shown any valid basis for disregarding the Supreme Court's venerable holding in *Gratiot*. This court must follow binding precedent. I deny Defendant's motion to dismiss.

## CONCLUSION

Defendant's motion to dismiss (#60) is denied.

IT IS SO ORDERED.

DATED this 13th day of June, 2016.

_____
MICHAEL MCSHANE
United States District Judge

PAGE 2 - ORDER