MATTHEW SCHINDLER, OSB# 964190
501 Fourth Street #324
Lake Oswego, OR 97034
Phone: (503) 699-7333
FAX: (503) 345-9372
e-mail: mattschindler@comcast.net

STAND BY COUNSEL FOR PRO SE DEFENDANT KENNETH MEDENBACH

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** | Case No. 1:15-CR-00407-MC |
| vs. | **ORDER** |
| **KENNETH MEDENBACH,** **Defendant(s).** | |

Pro se defendant Kenneth Medenbach has moved the court to revoke the detention order entered on January 21, 2016 in this matter.

Having considered the motion and the positions of the parties, the court grants the defendant's motion.

Therefore IT IS ORDERED that defendant be released on this matter on July 15, 2016.

DATED this 6 day of July, 2016.

_____
Honorable Michael McShane
United States District Judge