BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
DOUGLAS W. FONG, OSB #842195
Assistant United States Attorney
doug.fong@usdoj.gov
310 West 6th Avenue
Medford, Oregon 97501
Telephone:   (541) 776-3564
Facsimile:    (541) 776-3583
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA | Case No. 1:15-CR-00407-MC |
|---|---|
| v. | **UNITED STATES' MOTION TO DISMISS INFORMATION AND AMENDED INFORMATION** |
| KENNETH W. MEDENBACH, | |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney

for the District of Oregon, and Douglas W. Fong, Assistant United States Attorney,

moves pursuant to Fed. R. Crim. P. 48(a) for an order dismissing the

//

//

//

//

//

Information filed 11/13/2015, ECF #1 and the Amended Information filed 3/22/2016, ECF #29 on the grounds that both of these filings have been superseded by the Second Amended Information filed 3/30/2016, ECF #30.

    Dated this 11th day of August 2016.

                                            Respectfully submitted,

                                            BILLY J. WILLIAMS
                                            United States Attorney

                                            s/ *Douglas W. Fong*
                                            DOUGLAS W. FONG
                                            Assistant United States Attorney