**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

UNITED STATES OF AMERICA,

           **Plaintiff,**

      v.                                 Case No.  1:15-CR-00407-MC-01

KENNETH W. MEDENBACH,

           **Defendant.**

## SECOND AMENDED ORDER CONTINUING PROBATION WITH MODIFICATION OF THE TERMS AND CONDITIONS OF PROBATION

On August 1, 2016, the defendant appeared before this court for after being found guilty of Counts 1 and 2 of the Second Superseding Information. He was sentenced to five (5) years probation, upon the standard and special conditions. The term of probation commenced on August 1, 2016.

On April 11, 2017, this court issued a petition for warrant and order to show cause why the term of probation order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

On May 22, 2017, the defendant appeared with counsel at a hearing to determine whether defendant's probation should not be revoked. The defendant admitted had violated the conditions

AMENDED ORDER CONTINUING PROBATION WITH MODIFICATION
OF THE TERMS OF CONDITIONS OF PROBATION - PAGE 1

of supervised release by leaving the judicial district without permission of the court or probation officer.

THE COURT FINDS that the defendant has violated standard condition no. 6 of probation as set forth above, said violation constitutes a Grade C violation pursuant to Guideline § 7B1.1(a)(2). A Grade C violation coupled with the defendant's Criminal History Category of I, produces a suggested imprisonment range of 3 to 9 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of probation is continued. A term of probation is reimposed for a period of thirty-six (36) months under the previously imposed conditions of probation and the following new conditions:

2. You shall pay full restitution in the amount of $2,506.45, payable immediately to Bureau of Land Management, Medford District. If there is any unpaid balance at the time of release from custody, it shall be paid at the maximum installment possible and not less than $75.00 per month.

5. You shall not enter onto any federal lands or other property owned, leased, occupied, controlled, or managed by the U.S. Bureau of Land Management, the U.S. Fish and Wildlife Service, the National Park Service, or the U.S. Forest Service, without prior approval of the probation officer. This includes such federal agencies' offices, compounds, and parking lots.

6. You shall direct all communications to the U.S. Bureau of Land Managdment or the U.S. Forest Service to specific individuals. Any communication with these agencies must be in writing and addressed to:

Jason Curry, Special Agent, U.S. Bureau of Land Management - Prineville Office, 350 NE 3rd Street, Prineville, OR 97754.

Scott McIntyre, Special Agent, Deschutes National Forest Service, 63095 Deschutes Market Road, Bend, OR 97701.

7. You must follow a curfew or home detention schedule as prescribed by the probation officer for a period of two (2) months, which may include radio frequency, global positioning surveillance, or other means of location monitoring as directed by the probation officer. You must follow the rules and regulations of the location monitoring program. You must pay all or part of the costs of location monitoring as determined by the probation officer, and you must pay any costs associated with lost or damaged monitoring equipment.

Dated June 21, 2017.

                                                          **MICHAEL J. McSHANE**
                                                          **UNITED STATES DISTRICT JUDGE**